**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Leah Walker

                              Plaintiff,

v.                                                            Case No.: 1:25–cv–09788
                                                              Honorable Franklin U. Valderrama

Gaskets Acquisition, LLC

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 8, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the stipulation of dismissal [12], this case is dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.